1  Glenn Zuckerman
2  **WEITZ & LUXENBERG, PC**
   700 Broadway
3  New York, New York 10003
   Telephone: 212-558-5000
4  Facsimile: 212-344-5461
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| This Document Relates to: | |
| *Donald Whitman, et al. v. Pfizer Inc* (06-1350 CRB) | **MDL NO. 1699**<br>District Judge: Charles R. Breyer |
| *Mildred Hance v. Pfizer Inc, et al.* (06-1718 CRB) | |
| *William Lopez, et al. v. Astra Merck, Inc., et al.* (06-2621 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *Rafaela Roman Velez, et al. v. Astra Merck, Inc., et al.* (06-2649 CRB) | |
| *Luis R. Carrion Velez, et al. v. Astra Merck, Inc., et al.* (06-2658 CRB) | |
| *Teresita Falcon Matos, et al. v. Astra Merck, Inc., et al.* (06-2660 CRB) | |
| *Ronny Maria Sanders, et al. v. Pfizer Inc* (06-2681 CRB) | |
| *Lori Sargent et al. v. Pfizer Inc* (06-3675 CRB) | |
| *James Hall, et al. v. Pfizer Inc* (06-3676 CRB) | |
| *John Hayhurst v. Pfizer Inc, et al.* | |

-1-

| | |
|---|---|
| 1 | (06-3758 CRB) ) |
| 2 | *Bill Casillas, et al. v. Pfizer Inc, et al.* ) <br> (06-3958 CRB) ) |
| 3 | ) |
| 4 | *Patricia Knudsen v. Pfizer Inc, et al.* ) <br> (06-4043 CRB) ) |
| 5 | *Betty Moncrief, et al. v. Pfizer Inc, et al.* ) <br> (06-4100 CRB) ) |
| 6 | ) |
| 7 | *Annette Edelen, et al. v. Pfizer Inc, et al.* ) <br> (06-4147 CRB) ) |
| 8 | *Debbie Mitchell v. Pfizer Inc, et al.* ) <br> (06-4296 CRB) ) |
| 9 | ) |
| 10 | *Joseph Gastaldi, et al. v. Pfizer Inc, et al.* ) <br> (06-4362 CRB) ) |
| 11 | *Demetrio Rubio v. Pfizer Inc, et al.* ) <br> (06-4449 CRB) ) |
| 12 | ) |
| 13 | *Earlene McBride, et al. v. Pfizer Inc, et al.* ) <br> (06-4462 CRB) ) |
| 14 | *Louis Walkingstick, et al. v. Pfizer Inc, et al.* ) <br> (6-4463 CRB) ) |
| 15 | ) |
| 16 | *Virginia Thorne v. Pfizer Inc, et al.* ) <br> (06-4464 CRB) ) |
| 17 | *Rojelio Longoria, et al. v. Pfizer Inc, et al.* ) <br> (06-4586 CRB) ) |
| 18 | ) |
| 19 | *Annie White, et al. v. Pfizer Inc, et al.* ) <br> (06-4678 CRB) ) |
| 20 | *Martha Stevens, et al. v. Pfizer Inc, et al.* ) <br> (06-4920 CRB) ) |
| 21 | ) |
| 22 | *Janette Smith v. Pfizer Inc, et al.* ) <br> (06-4977 CRB) ) |
| 23 | *Roselie Atkins, et al. v. Pfizer Inc, et al.* ) <br> (06-5272 CRB) ) |
| 24 | ) |
| 25 | *Dawna Garza v. Pfizer Inc, et al.* ) <br> (06-5416 CRB) ) |
| 26 | *Ralph Adams, et al. v. Pfizer Inc, et al.* ) <br> (06-5591 CRB) ) |
| 27 | ) |
| 28 | *Albert Leong v. Pfizer Inc, et al.* ) <br> (06-5666 CRB) ) |

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42581180.1

| | |
|---|---|
| 1 | |
| 2 | *Catherine Connolly, et al. v. Pfizer Inc, et al.* (06-5738 CRB) ) ) ) |
| 3 | *Randy Masker, et al. v. Pfizer Inc, et al.* (06-5739 CRB) ) ) ) |
| 4 | |
| 5 | *Charlie Rhome, et al. v. Pfizer Inc, et al.* (06-5740 CRB) ) ) ) |
| 6 | *Paulette Balda, et al. v. Pfizer Inc, et al.* (06-5765 CRB) ) ) ) |
| 7 | |
| 8 | *William Halpin, et al. v. Pfizer Inc, et al.* (06-5777 CRB) ) ) ) |
| 9 | *Patricia Howard, et al. v. Pfizer Inc, et al.* (06-5916 CRB) ) ) ) |
| 10 | |
| 11 | *Alice Ryan, et al. v. Pfizer, Inc, et al.* (06-5917 CRB) ) ) ) |
| 12 | *William Coleman, et al. v. Pfizer Inc, et al.* (06-5918 CRB) ) ) ) |
| 13 | |
| 14 | *Monica Mittag, et al. v. Pfizer Inc, et al.* (06-5919 CRB) ) ) ) |
| 15 | *Cynthia Smith, et al. v. Pfizer Inc, et al.* (06-5963 CRB) ) ) ) |
| 16 | |
| 17 | *John Roof v. Pfizer Inc, et al.* (06-5964 CRB) ) ) ) |
| 18 | *Lynda Jack, et al. v. Pfizer Inc, et al.* (06-5965 CRB) ) ) ) |
| 19 | |
| 20 | *Ernest Grant v. Pfizer Inc, et al.* (06-5970 CRB) ) ) ) |
| 21 | *Alice L. Pettit, et al. v. Pfizer Inc, et al.* (06-5973 CRB) ) ) ) |
| 22 | |
| 23 | *Wade Smith, et al. v. Pfizer Inc, et al.* (06-5975 CRB) ) ) ) |
| 24 | *Richard Gilmore, et al. v. Pfizer Inc, et al.* (06-5977 CRB) ) ) ) |
| 25 | |
| 26 | *Sergio Estrada v. Pfizer Inc, et al.* (06-5978 CRB) ) ) ) |
| 27 | *John Vallee, et al. v. Pfizer Inc, et al.* (06-5981 CRB) ) ) ) |
| 28 | |

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42581180.1

| | | |
|---|---|---|
| 1 | *Betty Scott, et al. v. Pfizer Inc, et al.*<br>(06-5983 CRB) | ) |
| 2 | | ) |
| 3 | *Norman Hamblen, et al. v. Pfizer Inc, et al.*<br>(06-6058 CRB) | ) |
| 4 | *Dennis Johns, et al. v. Pfizer Inc, et al.*<br>(06-6059 CRB) | ) |
| 5 | | ) |
| 6 | *Marion Walker, et al. v. Pfizer Inc, et al.*<br>(06-6060 CRB) | ) |
| 7 | *Bessie R. Jackson-Cook v. Pfizer Inc, et al.*<br>(06-6061 CRB) | ) |
| 8 | | ) |
| 9 | *Mary Gonzales, et al. v. Pfizer Inc, et al.*<br>(06-6062 CRB) | ) |
| 10 | *Melvin Kenney, et al. v. Pfizer Inc, et al.*<br>(06-6064 CRB) | ) |
| 11 | | ) |
| 12 | *Carol Pellini, et al. v. Pfizer Inc, et al.*<br>(06-6065 CRB) | ) |
| 13 | *Antonio Pratts v. Pfizer Inc, et al.*<br>(06-6066 CRB) | ) |
| 14 | | ) |
| 15 | *Mark Childs v. Pfizer Inc, et al.*<br>(06-6067 CRB) | ) |
| 16 | *Mary Helen Johnson, et al. v. Pfizer Inc, et al.*<br>(06-6068 CRB) | ) |
| 17 | | ) |
| 18 | *James E. Garver, et al. v. Pfizer Inc, et al.*<br>(06-6070 CRB) | ) |
| 19 | *Tiffany R. Noell, et al. v. Pfizer Inc, et al.*<br>(06-6071 CRB) | ) |
| 20 | | ) |
| 21 | *Beth Lehman, et al. v. Pfizer Inc, et al.*<br>(06-6073 CRB) | ) |
| 22 | *Sharon Payne, et al. v. Pfizer Inc, et al.*<br>(06-6075 CRB) | ) |
| 23 | | ) |
| 24 | *Nancy Harsh, et al. v. Pfizer Inc, et al.*<br>(06-6083 CRB) | ) |
| 25 | *Dennis Yeager, et al. v. Pfizer Inc, et al.*<br>(06-6084 CRB) | ) |
| 26 | | ) |
| 27 | *Lynda Jack, et al. v. Pfizer, Inc, et al.*<br>(06-6087 CRB) | ) |
| 28 | *Fred Hardee, et al. v. Pfizer Inc, et al.* | ) |

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42581180.1

1 | (06-6088 CRB)
2 | *Lynn Hodges, et al. v. Pfizer Inc, et al.* (06-6089 CRB)
3 |
4 | *Willie Vaughn v. Pfizer Inc, et al.* (06-6092 CRB)
5 | *Pauline Swihart, et al. v. Pfizer Inc, et al.* (06-6093 CRB)
6 |
7 | *Douglas Horton v. Pfizer Inc, et al.* (06-6094 CRB)
8 | *June N. Bell v. Pfizer Inc, et al.* (06-6095 CRB)
9 |
10 | *Jerry Rice, et al. v. Pfizer Inc, et al.* (06-6096 CRB)
11 | *Stephen Bryan, et al. v. Pfizer Inc, et al.* (06-6097 CRB)
12 |
13 | *Steven Woods, et al. v. Pfizer Inc, et al.* (06-6098 CRB)
14 | *Brad Lovitt, et al. v. Pfizer Inc, et al.* (06-6116 CRB)
15 |
16 | *April Froehlich, et al. v. Pfizer Inc, et al.* (06-6117 CRB)

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10-29, 2009   By: _____

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2, 2009   By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009

Hon. Charles R. Breyer
United States District Court